**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**BARBARA EVANS**                                                                                   **PLAINTIFF**

**V.**                                             **CIVIL ACTION NO: 3:22-CV-00374-HTW-LGI**

**HINDS COMMUNITY COLLEGE,
STEPHEN VACIK, ANDREA JANOUSH,
SHERRY BELLMON, KRISTI JOHNSON,
ROBIN PARKER, and JOHN DOES 1-10**                                         **DEFENDANTS**

## AGREED STIPULATION OF DISMISSAL

COME NOW Plaintiff Barbara Evans and Defendant Hinds Community College, pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and through undersigned counsel, due to settlement of Plaintiff's claims, and agree and stipulate that all claims shall be dismissed against all Defendants with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted, this the 8th day of August, 2023.

> */s/ Laura F. Rose*
> Elizabeth L. Maron (MSB 10133)
> Laura F. Rose (MSB # 102256)
> Adams and Reese LLP
> 1018 Highland Colony Parkway, Suite 800
> Ridgeland, Mississippi 39157
> (p) 601-353-3234; (f) 601-355-9708
> elizabeth.maron@arlaw.com
> laura.rose@arlaw.com
> Counsel for Defendant Hinds Community College

> */s/ Joel Dillard*
> Joel Dillard (MSB # 104202)
> Joel F. Dillard, P.A.
> 775 North Congress Street
> Jackson, Mississippi 39202
> 601-509-1372, ext. 2
> joel@joeldillard.com
> Counsel for Plaintiff Barbara Evans

## CERTIFICATE OF SERVICE

    I do hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    THIS the 8th day of August, 2023.

                                                */s/ Laura F. Rose*